IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OPTIMA TOBACCO CORP.,
a Florida corporation,

   CASE NO.:

  Plaintiff,

v.

US FLUE CURED TOBACCO
GROWERS, INC., a
North Carolina corporation, UETA, INC.,
A Panamanian corporation, and DUTY FREE
AMERICAS, INC., a Florida corporation,

  Defendants.
_____/

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, OPTIMA TOBACCO CORP., by and through undersigned counsel, sues Defendants, US FLUE CURED TOBACCO GROWERS, INC., UETA, INC. and DUTY FREE AMERICAS, INC. (collectively "Defendants"), and alleges as follows:

### Jurisdiction and Venue

1. This is a complaint against Defendants for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C. §101 et seq.

2. This Court has federal question jurisdiction over the parties and over the subject matter of this action pursuant to 28 USC §1331 and 1338 (a) and (b).

3. Venue is proper under 28 USC §§ 1391(c), and 1400(a) in that this is the judicial district in which a substantial part of the acts complained of occurred.

### The Parties

4. Plaintiff, OPTIMA TOBACCO CORP., is a Florida corporation having its principal place of business in Miami-Dade County, Florida.

5. Defendant, US FLUE CURED TOBACCO GROWERS, INC., is a corporation organized under the laws of North Carolina, and is doing business in the state of Florida.

6. Defendant, UETA, INC., is a Panamanian corporation having a principal place of business in Hollywood, Florida, and is doing business in this judicial district.

7. Defendant, DUTY FREE AMERICAS, INC., is a Florida corporation, with an office and primary location in Hollywood, Florida.

## COUNT I- COPYRIGHT INFRINGEMENT

8. Plaintiff designed three Works, comprised of artistic and technical elements, which are used in cigarette packaging ("the Works")." The designs are subject to US Copyright Registration Nos.: VA0001953470, VA0001953378, and VA0001953108, a composite copy of which is attached as Exhibit A. The Works are titled SHERIFF, PATROL, and SMOKING GUN.

9. Prior to the acts complained of, Plaintiff made and makes cigarette products, designs their packaging, produces products that contain or comprise the Works, and has sold the design to its customers, proving to be a very successful and accessible design. The customers are the Defendants.

10. Plaintiff, upon information and belief, alleges that Defendants have made, make, and distribute, sell, and manufactured, cigarettes the packaging of which utilize designs that are identical, or substantially similar to, the Work, without Plaintiff's authorization, including

cigarettes made by Defendant FLUE CURED and sold by Defendants UETA and DUTY FREE AMERICAS. These goods are sold through duty free stores, and upon information and belief, border stores in Mexico.

11. The Works have been copied by Defendants, without permission or license, and sold to others, usurping an opportunity to exploit the Work that is owned exclusively by Plaintiff.

12. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Work, including, without limitation, through (a) prior oral license; (b) access through third party vendors; (c) internet images; (d) printing shops; and (e) access through the marketplace via authorized goods sold by Plaintiff.

13. Plaintiff alleges that one or more of the Defendants manufactures cigarettes comprising the Works, and/or is the vendor/seller of same. Plaintiff further believes that Defendants, and each of them, has an ongoing business relationship with wholesalers, jobbers, retailers, and/or duty free shops, and that each of them has sold, supplied, manufactured, distributed, and other alienated unauthorized copies of the Works, for commercial gain.

14. These unauthorized copies of the Works by Defendants are substantially similar, and identical to the Works, and are virtually indistinguishable from the Works, all without permission, license or authority by or from Plaintiff.

15. Plaintiff alleges that Defendants infringed Plaintiff copyright in the Works by creating, making, developing, and directly infringing and/or creating derivative works, and are selling, offering for sale, making, importing, or otherwise exploiting the Works through retail stores, duty free shops, wholesalers, jobbers, and Mexican merchants, amongst other things.

16. Due to the unauthorized acts of Defendants, and their acts of infringement, Plaintiff has suffered damages.

17. Defendants have obtained profits and have profited from their illegal acts of infringement, and as a result of their unlawful activities, Plaintiff is entitled to Defendants' profits attributable to the acts of infringement of the Work, which includes, but is not limited to, sales to and through Defendants UETA and DUTY FREE AMERICAS, and other unknown third party customers of Defendants.

18. Plaintiff believes that the acts complained of are intentional, and Defendants have committed these acts with actual or constructive knowledge of Plaintiff's rights, and that these acts are willful and malicious, and done for the purpose of profiting unlawfully.

19. Plaintiff is responsible to pay a reasonable attorneys fee for the prosecution of this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, OPTIMA TOBACCO CORP. prays that the Court award the following relief:

A. That each of the Defendants, or anyone in concert with them, be enjoined from distributing, selling, or otherwise trafficking in any product that infringes Plaintiff's copyright in the Works;

B. Order that Plaintiff be awarded all of the profits of Defendants, plus an order that Plaintiff be awarded all of its losses and other damages;

C. That Defendants be found to have committed said acts willfully, and with reckless disregard of the exclusive rights of Plaintiff.

D.      That Plaintiff be awarded any statutory rights and remedies, and any other relief as this Court may deem just and proper.

Dated:  May 28, 2015                                  Respectfully submitted,

By:/s/ Louis R. Gigliotti/

Louis R. Gigliotti, Esq.
Louis R. Gigliotti, PA
Florida Bar No.: 71935
1605 Dewey Street
Hollywood, FL 33020
Ph/Fax: (954) 922 8214
lgigliotti@bellsouth.net


By: /s/ Moises T. Grayson

Moises T. Grayson, Esq.
Florida Bar No.: 369519
Blaxberg, Grayson & Kukoff, P.A.
25 SE 2nd Street, Suite 730
Miami, FL 33131
Phone: 305-381-7979
Moises.Grayson@blaxgray.com


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed ECF and served via electronic mail on this 28th day of May, 2015.

By:     /s/Louis R. Gigliotti
        Louis R. Gigliotti, Esq.